JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAGGIE ELIZABETH McFARLAND, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 8:21-cv-00476-JDE <br><br> JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 27, 2021

_____
JOHN D. EARLY
United States Magistrate Judge